IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:09-00049-01 CHIEF JUDGE HAYNES |
| SYTHONG THANNAVONG, | ) ) | |
| Defendant. | ) ) | |

## ORDER

The sentencing hearing is reset in this action to **Thursday, August 30, 2012 at 1:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 23rd day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge