UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:09-00049-1 |
| ) | Chief Judge Haynes |
| SYTHONG THANNAVONG ) | |
| a/k/a Sythong Sanders ) | |

MOTION TO CONTINUE

Comes now the defendant, Sythong Thannavong Sanders, by and through counsel, Sumter L. Camp, and hereby moves this Honorable Court to continue the sentencing hearing in the above styled cause which is presently set for August 30, 2012. In support of this motion defendant would refer the Court to the Affidavit filed herewith.

[Handwritten annotation: ORDER / Hearing time / reasons in the / affidavit and / given multiple / continuances / heretofore / is DENIED / [signature] / 8-29-12]

Respectfully submitted,

s/ Sumter L. Camp
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2012, I electronically filed the foregoing *Motion to Continue* with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to **Lynne T. Ingram**, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203.

s/ Sumter L. Camp
SUMTER L. CAMP