UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:09-00049-1 |
| ) | Chief Judge Haynes |
| SYTHONG THANNAVONG ) | |
| a/k/a Sythong Sanders ) | |

DEFENDANT'S NOTICE OF FILING

Comes the defendant and hereby submits the attached proposed order as an alternative to that proposed by the government (D.E. 489-1).

Respectfully submitted,

s/ *Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2012, I electronically filed the foregoing *Defendant's Notice of Filing* with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: **Lynne T. Ingram**, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203; **David R. Heroux,** 943 Main Street, Nashville, TN 37206; **Patrick G. Frogge,** 414 Union Street, Suite 904, Nashville, TN 37219.

s/ *Sumter L. Camp*
SUMTER L. CAMP