UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:09-cr-00049-01

UNITED STATES OF AMERICA
V.

SYTHONG THANNAVONG

(list each defendant appearing at hearing)

Judge: Chief Judge William J. Haynes, Jr.

Hearing Date: August 30, 2012

Location: ✓ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: Peggy Turner

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Lynne Ingram

Defense Attorney(s): Sumter L. Camps, Jr.

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☑
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
   *For items 1-6, a Witness/Exhibit List is required
   and must be separately filed.

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. |  | 7. |  |
| 2. |  | 8. |  |
| 3. |  | 9. |  |
| 4. |  | 10. |  |
| 5. |  | 11. |  |
| 6. |  | 12. |  |
| Alt 1. |  | Alt 2. |  |

COMMENTS:

Defendant sentenced to a term of one hundred twenty (120) months in the custody of the Federal Bureau of Prisons, 3 years supervised release, no fine, and a special assessment of $100.

Total Time in Court: One (1) hour and 34 minutes

KEITH THROCKMORTON, Clerk
by: Christopher C. Graves