UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:09-cr-00049-1 |
| v. | ) |
| | ) CHIEF JUDGE HAYNES |
| SYTHONG THANNAVONG | ) |
| a/k/a Sythong Sanders | ) |

### ~~PROPOSED~~ ORDER

IT IS SO ORDERED that the above-named defendant report to the United States Marshals Service by Thursday, September 20, 2012, at 2:00 p.m. so that she can be designated to a Bureau of Prisons facility to begin serving her sentence of 120 months of imprisonment.

WILLIAM J. HAYNES, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE